**FILED**

SEP 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   TODD A. PICKLES
3  LEE S. BICKLEY
   Assistant United States Attorneys
4  501 I Street, Suite 10-100
   Sacramento, CA  95814
5  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>SVETLANA DUBINSKY,<br>SERGE DOUBINSKI, and<br>ZINAYDA CHEKAYDA,<br><br>  Defendants. | CASE NO. 2:12-CR-0327 WBS<br><br>VIOLATION: 18 U.S.C. § 1341 - Mail Fraud (8 Counts); 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications (7 Counts); 18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture |

# I N D I C T M E N T

<u>COUNTS ONE THROUGH EIGHT</u>:   [18 U.S.C. § 1341 - Mail Fraud]

   The Grand Jury charges:

SVETLANA DUBINSKY,
SERGE DOUBINSKI, and
ZINAYDA CHEKAYDA,

defendants herein, as follows:

   At all times relevant to this Indictment,

## I.   INTRODUCTION

   1.   Volodymyr Dubinsky, aka "Vlad" Dubinsky, and Leonid Doubinski, aka "Lenny" Doubinski, were brothers.

1

2. Volodymyr Dubinsky, who has been indicted elsewhere, owned in whole or in part, and operated the following entities: Alhambra Martco Incorporated (hereinafter "Alhambro Martco"); Samia Forest, LLC; Marina Ridge, LLC; Madison Estates Development, LLC; Gold West Construction, Incorporated (hereinafter "Gold West Construction"); and Trade House USA, Incorporated, the last of which in turn operated under the fictitious business name VLD Realty (hereinafter "Trade House/VLD Realty"). These companies were primarily involved in the development and sale of residential real estate located in Carmichael, Sacramento, and Copperopolis, California. Trade House/VLD Realty was also in the business of offering "deed-of-trust" investments to private individuals. These "deed-of-trust" investments were essentially "hard money" loans that were used to finance the operations of the development companies owned by Volodymyr Dubinsky. Volodymyr Dubinsky was issued a California Department of Real Estate salesperson license on March 20, 2003, which was revoked on January 2, 2012.

3. Leonid Doubinski, who has been indicted elsewhere, owned and operated Gold West Construction and Trade House/VLD Realty along with his brother Volodymyr Dubinsky. Gold West Construction was in the business of building residential real estate in the development communities owned by Volodymyr Dubinsky. Leonid Doubinski was issued a California Department of Real Estate broker license on March 7, 2003, which was revoked on January 2, 2012.

4. Volodymyr Dubinsky and Leonid Doubinski recruited family members, employees, and associates with sufficient credit scores to act as buyers for residential properties (hereinafter referred to as "straw buyers") in the fraudulent scheme described herein. Gold West

2

Construction and/or Trade House/VLD Realty employed several of the straw buyers who were recruited by Volodymyr Dubinsky and Leonid Doubinski, including SVETLANA DUBINSKY, SERGE DOUBINSKY, and ZINAYDA CHEKAYDA.

5. Defendant SVETLANA DUBINSKY was married to Volodymyr Dubinsky at the times relevant in the indictment. SVETLANA DUBINSKY was also employed by Trade House/LVD Realty. SVETLANA DUBINSKY served as a straw buyer for Volodymyr Dubinsky and Leonid Doubinski.

6. Defendant SERGE DOUBINSKI is the son of Leonid Doubinski. SERGE DOUBINSKI was also employed by Gold West Construction. SERGE DOUBINSKI served as a straw buyer for Volodymyr Dubinsky and Leonid Doubinski.

7. Defendant ZINAYDA CHEKAYDA was defendant SVETLANA DUBINSKY's sister-in-law. ZINAYDA CHEKAYDA was also employed by Trade House/VLD Realty. ZINAYDA CHEKAYDA served as a straw buyer for Volodymyr Dubinsky and Leonid Doubinski.

8. Edward Khalfin, who has been indicted elsewhere, was a mortgage broker licensed by the California Department of Real Estate. Khalfin assisted Volodymyr Dubinsky and Leonid Doubinski in submitting Uniform Residential Loan Applications (hereinafter "URLAs") to lenders on behalf of straw buyers. Khalfin knowingly submitted URLAs to lenders that contained false statements regarding a straw buyer's income, bank account balances, and his/her intent to live in the properties purchased. Khalfin submitted to lenders a number of URLAs that failed to disclose mortgage loans obtained by a straw buyer from other lending institutions. Khalfin also submitted to lenders a number of altered bank statements. These bank statements listed account balances which materially overstated a

straw buyer's true bank account balances. Khalfin prepared and caused to be submitted to lenders the URLAs on behalf of SVETLANA DUBINSKY, SERGE DOUBINSKI, and ZINAYDA CHEKAYDA.

## II. SCHEME TO DEFRAUD

9. Between on or about August 21, 2006 and on or about May 15, 2008, in the Counties of Calaveras and Sacramento, in the State and Eastern District of California and elsewhere, the defendants knowingly devised, participated in, and executed a material scheme to defraud mortgage lending institutions and to obtain money and property from said institutions by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

10. Beginning on or about April 18, 2007 through at least January 14, 2008, the defendants and others known and unknown to the Grand Jury were responsible for the origination of over $3 million in residential mortgage loans for the properties listed below:

| Date | Property Address | Purchase Price |
|---|---|---|
| October 5, 2007 | 4615 Jion Court, Sacramento, CA | $324,900 |
| October 5, 2007 | 4623 Jion Court, Sacramento, CA | $325,000 |
| April 18, 2007 | 4608 Jion Court, Sacramento, CA | $324,900 |
| April 18, 2007 | 4604 Jion Court, Sacramento, CA | $324,900 |
| May 2, 2007 | 4848 Samia Court, Carmichael, CA | $576,000 |
| May 8, 2007 | 4859 Samia Court, Carmichael, CA | $648,800 |
| December 5, 2007 | 34 Argonaut Drive, Copperopolis, CA | $850,000 |
| January 14, 2008 | 30 Selene Way, Copperopolis, CA | $650,000 |

Some of these properties were foreclosed upon by the lenders and/or the loans are in default. The total loss is approximately $1,727,798. The defendants also purchased additional properties not listed in this indictment as part of the fraud scheme, which resulted in further losses to various lenders.

### III. WAYS AND MEANS

11. The scheme to defraud was carried out, in substance, in the following manner:

    a. Volodymyr Dubinsky and Leonid Dubinsky recruited individuals with adequate credit scores to act as buyers for residential properties, knowing that these buyers did not, in fact, have sufficient income or assets to qualify for the residential mortgage loans for which they were applying. Defendants were such straw buyers. Volodymyr Dubinsky and Leonid Dubinsky recruited the defendants to act as straw buyers and to purchase properties in the residential real estate developments built and owned by Volodymyr Dubinsky, where it was becoming more difficult to sell properties as the real estate market began to decline.

    b. To facilitate the sale of these homes to the straw buyers at an inflated sales price above the market price Volodymyr Dubinsky paid the straw buyers, including the defendants. Volodymyr Dubinsky deliberately concealed these payments from lenders either by making these payments outside of escrow, or by falsely characterizing either the source or intended use of these payments on the HUD-1 settlement statements. To the extent these funds were disclosed in the escrow process, they were characterized as a down payment made by the defendants. In truth and in fact, the money was not from the straw buyers but from Volodymyr Dubinsky.

c.   Volodymyr Dubinsky and Edward Khalfin prepared URLAs that contained false information as to the defendants' income, assets, and/or intent to occupy the property as a primary residence. Defendants, SVETLANA DUBINSKY, SERGE DOUBINSKI, and ZINAYDA CHEKCYDA, each signed URLAs for one or more of the properties identified above that contained false information as to those items.

            d.   Volodymyr Dubinsky directed the defendants to make payments on the subject properties for a limited period of time.  In some cases, Volodymyr Dubinsky provided the defendants with the funding necessary to make these payments.  Volodymyr Dubinsky and the defendants took such actions in an attempt to conceal the scheme from lenders by preventing immediate defaults on the defendants' fraudulently obtained loans.

## IV.   MAILINGS

    12.   On or about the dates set forth below, in the Counties of Sacramento and Calaveras in the State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, the defendants did knowingly cause to be placed in a post office or authorized depository for mail matter to be sent and delivered by the United States Postal Service, and deposited or caused to be deposited any matter or thing whatever to be sent and delivered by any private or commercial interstate carrier, and knowingly caused to be delivered by mail or such carrier, the items listed below:

| Ct. | Date | Mailing | To | From |
| --- | --- | --- | --- | --- |
| 1. | 04/09/07 | Deed of Trust of SERGE DOUBINSKI's purchase of 4608 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |

6

| | | | | |
|---|---|---|---|---|
| 2. | 05/02/07 | Deed of Trust of SERGE DOUBINSKI's purchase of 4848 Samia Court | Downey Savings & Loan, FDIC | Sacramento County Recorder |
| 3. | 04/18/07 | Deed of Trust of ZINAYDA CHEKAYDA's purchase of 4604 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 4. | 05/08/07 | Deed of Trust of ZINAYDA CHEKAYDA's purchase of 4859 Samia Court | Downey Savings & Loan, FDIC | Sacramento County Recorder |
| 5. | 01/14/08 | Deed of Trust of ZINAYDA CHEKAYDA's purchase of 30 Selene Way | Washington Mutual Bank, FDIC | Calaveras County Recorder |
| 6. | 10/05/07 | Deed of Trust of SVETLANA DUBINSKY's purchase of 4615 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 7. | 10/05/07 | Deed of Trust of SVETLANA DUBINSKY's purchase of 4623 Jion Court | Washington Mutual Bank, FDIC | Sacramento County Recorder |
| 8. | 12/05/07 | Deed of Trust for ZINAYDA CHEKAYDA's purchase of 34 Argonaut Drive | Suntrust Mortgage | Calaveras County Recorder |

All in violation of Title 18, United States Code, Sections 2 and 1341.

COUNTS NINE THROUGH TEN: [18 U.S.C. § 1014 - False Statements on Loan and Credit Applications]

The Grand Jury further charges: T H A T

SERGE DOUBINSKI,

defendant herein, on or about the dates listed below, in the State and Eastern District of California, knowingly made and caused to be made false statements and reports for the purpose of influencing the actions of the lenders set forth below, the accounts of which were

then insured by the Federal Deposit Insurance Corporation ("FDIC"), in connection with his application for residential mortgage loans by, among other things, falsely inflating his income and falsely reporting his intention to occupy the properties set forth below:

| Ct. | Date | Address | Lender |
|---|---|---|---|
| 9. | 04/09/07 | 4608 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC |
| 10. | 05/02/07 | 4848 Samia Court Sacramento, CA | Downey Savings & Loan, FDIC |

All in violation of Title 18, United States Code, Sections 2 and 1014.

COUNTS ELEVEN THROUGH THIRTEEN: [18 U.S.C. § 1014 - False Statements on Loan and Credit Applications]

Grand Jury further charges: T H A T

ZINAYDA CHEKADYA,

defendant herein, on or about the dates listed below, in the State and Eastern District of California, knowingly made and caused to be made false statements and reports for the purpose of influencing the actions of the lenders set forth below, the accounts of which were then insured by the FDIC, in connection with residential mortgage loans being sought in the name of ZINAYDA CHEKADYA by, among other things, falsely inflating her income and assets, and falsely reporting her intention to occupy the properties set forth below:

| Ct. | Date | Address | Lender |
|---|---|---|---|
| 11. | 04/18/07 | 4604 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC |
| 12. | 05/08/07 | 4859 Samia Court Carmichael, CA | Downey Savings & Loan, FDIC |

| 13. | 01/14/08 | 30 Selene Way Copperopolis, CA | Washington Mutual Bank, FDIC |

All in violation of Title 18, United States Code, Sections 2 and 1014.

COUNTS FOURTEEN THROUGH FIFTEEN: [18 U.S.C. § 1014 - False Statements on Loan and Credit Applications]

The Grand Jury further charges: T H A T

SVETLANA DUBINSKY,

defendant herein, on or about the dates listed below, in the State and Eastern District of California, knowingly made and caused to be made false statements and reports for the purpose of influencing the actions of the lenders set forth below, the accounts of which were then insured by the FDIC, in connection with residential mortgage loans being sought in the name of SVETLANA DUBINSKY by, among other things, falsely inflating her income for the purchase of properties set forth below:

| Ct. | Date | Address | Lender |
|---|---|---|---|
| 14. | 10/05/07 | 4615 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC |
| 15. | 10/05/07 | 4623 Jion Court Sacramento, CA | Washington Mutual Bank, FDIC |

All in violation of Title 18, United States Code, Sections 2 and 1014.

FORFEITURE ALLEGATION: [18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Fifteen of this Indictment, defendants SVETLANA DUBINSKY, SERGE DOUBINSKI, and ZINAYDA CHEKAYDA, shall forfeit to the

9

United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), all property, real and personal, which constitutes or is derived from proceeds obtained directly or indirectly as the result of said violations, including but not limited to a sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which the defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Fifteen of this Indictment, for which the defendants are convicted:

    (a) cannot be located upon the exercise of due diligence;
    (b) has been transferred or sold to, or deposited with, a third party;
    (c) has been placed beyond the jurisdiction of the court;
    (d) has substantially diminished in value; or
    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the property subject to forfeiture.

A TRUE BILL.

/S/
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

No. 2:12-CR-0327 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.
SVETLANA DUBINSKY,
SERGE DOUBINSKI, and
ZINAYDA CHEKAYDA

I N D I C T M E N T
**VIOLATIONS:** 18 U.S.C. § 1341 - Mail Fraud (8 Counts);
18 U.S.C. § 1014 - False Statements on Loan and Credit
Applications (7 Counts); 18 U.S.C. § 982(a)(2) (A) -
Criminal Forfeiture

*A true bill,*

/S/
_____
Foreman.

*Filed in open court this* 13 *day*

*of* September, A.D. 2012

_____
Clerk.

Bail, $ __NO BAIL, WARRANT PENDING HEARING__ - All defendants

S. Dubinsky;
S. Doubinski;
Z. Chekayda

GPO 863 525

**SEALED**

**PENALTY SLIP**

DEFENDANTS: SVETLANA DUBINSKY
SERGE DOUBINSKI
ZINAYDA CHEKAYDA

2:12-CR-0327 WBS

| | |
|---|---|
| COUNTS 1-8: | ALL DEFENDANTS |
| VIOLATION: | 18 U.S.C. § 1341 - Mail Fraud |
| PENALTY: | Not more than 20 years,<br>Not more than $250,000, or both<br>Term of 3 years supervised release |
| COUNTS 9-10: | SERGE DOUBINSKI |
| VIOLATION: | 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications |
| PENALTY: | Not more than 30 years,<br>Not more than $1,000,000, or both<br>Term of 5 years supervised release |
| COUNTS 11-13: | ZINAYDA CHEKADYA |
| VIOLATION: | 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications |
| PENALTY: | Not more than 30 years,<br>Not more than $1,000,000, or both<br>Term of 5 years supervised release |
| COUNTS 14-15: | SVETLANA DUBINSKY |
| VIOLATION: | 18 U.S.C. § 1014 - False Statements on Loan and Credit Applications |
| PENALTY: | Not more than 30 years,<br>Not more than $1,000,000, or both<br>Term of 5 years supervised release |
| FORFEITURE: | ALL DEFENDANTS<br>18 U.S.C. § 982(a)(2)(A) - Criminal Forfeiture<br>As stated in the Indictment |
| ASSESSMENT: | $100 each count |

SEALED