UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 24, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                      Plaintiff,          )<br>v.                                                       )<br>                                                          )<br>SVETLANA DUBINSKY,              )<br>                                                          )<br>                      Defendant.       )  | CASE NUMBER: 2:12-cr-00327-WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Svetlana Dubinsky</u>; Case <u>2:12-cr-00327-WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    \_\_   Unsecured Appearance Bond in the amount of $50,000, co-signed by defendant's father.

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on 9/24/12 at 2:10 pm.

By _____
Carolyn K. Delaney
United States Magistrate Judge